UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALAN HOPKINS, derivatively on behalf of HQ SUSTAINABLE MARITIME INDUSTRIES, INC.<br><br>Plaintiff,<br>v.<br>NORBERT SPORNS, *et al.*,<br><br>Defendants. | No. C11-0910RSL |
| GENE NIKSICH, derivatively on behalf of HQ SUSTAINABLE MARITIME INDUSTRIES, INC.<br><br>Plaintiff,<br>v.<br>NORBERT SPORNS, *et al.*,<br><br>Defendants. | No. C11-1005RSL |
| FARIDA CORKERY-SMITH, derivatively on behalf of HQ SUSTAINABLE MARITIME INDUSTRIES, INC.<br><br>Plaintiff,<br>v.<br>NORBERT SPORNS, *et al.*,<br><br>Defendants. | No. C11-1030RSL<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. On July 22, 2011, plaintiffs in the

ORDER TO SHOW CAUSE

1  above-captioned matters filed a "Motion to Consolidate Related Actions and Appoint Lead
2  Plaintiff and Counsel" which, taken as a whole, exceeds 50 pages in length. As of this date, a
3  courtesy copy of these documents has not been provided for chambers.
4         Plaintiffs are hereby ORDERED to show cause, within five days of the date of this
5  Order, why they should not be sanctioned for failure to comply with Local Rule 10(e)(8) and the
6  "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" entered in each
7  of these matters. Plaintiffs shall immediately deliver a paper copy of the motion and all
8  supporting documents, with tabs or other organizing aids as necessary and clearly marked with
9  the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

       Dated this 26th day of July, 2011.

*[signature]*
Robert S. Lasnik
United States District Judge